Jorge Moreno ANGUIANO, Petitioner,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 06–74986.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Jorge Moreno Anguiano, North Holly-
wood, CA, pro se.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Kurt B. Larson, Esq., U.S. Department of Justice, Civil Div. Office of Immigration Lit., Washington, DC, for Respondent.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jorge Moreno Anguiano, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals decision affirming the immigration judge's denial of petitioner's application for cancellation of removal.

We lack jurisdiction to consider petitioner's challenge to the IJ's extreme hardship determination because it is a nonreviewable discretionary determination. *See Romero–Torres v. Ashcroft*, 327 F.3d 887, 890 (9th Cir.2003) (citing 8 U.S.C. § 1252(a)(2)(B)).

**PETITION FOR REVIEW DISMISSED.**

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.